IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-CR-1-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | **[DOCKET ENTRY NUMBER 98]** |
| RASHAD DEVONTE MCCOY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the defendant, it is hereby **ORDERED** that Docket Entry Number 98 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED**. This, 16th day of May, 2019.

_____
Louise Wood Flanagan
United States District Judge